UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Lez Antonio Woodburn,<br><br>Debtor. | CHAPTER: 13<br><br>CASE: 1-26-44698-jmm<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the firm Fein, Such & Crane, LLP is appearing for the following party in the above named bankruptcy case:

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST

This party is a party in interest in this case and is a secured creditor of the Debtor:

Lez Antonio Woodburn

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: October 9, 2026

FEIN, SUCH & CRANE, LLP
Attorneys for Creditor

By: ______________________

Mark K. Broyles, Esq.
28 East Main Street, Suite 1800
Rochester, NY 14614
585/232-7400