LEZ Antonio Woodburn.
130-21 140 ST
JAMAKA NY 11436.

To : Jil Mazer Mario

Case # 26-44698-JMM

Goodbay,

I am asking for Somemore Time to finished my Schedule

Thank you.

LezAntonioWoodburn.
10/21/2026

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2026 OCT 21 P 3:31
RECEIVED