**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

The Bankruptcy Noticing Center (BNC), a service that provides mailing services for the court, is experiencing a service interruption. As a result, the Court is unable to mail important notices to you. Until the service interruption is resolved, the Court can serve notices on you by email only.

**DEBTOR'S CONSENT TO ELECTRONIC DELIVERY OF COURT NOTICES AND ORDERS**

Debtor's Name: LEZ ANTONIO WOODBURN.

Case No. (if available): 26-44698 jmm

U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK
RECEIVED
2026 OCT 2[illegible] P 3: 39

**Consent to Electronic Delivery**

I, the undersigned debtor, voluntarily provide the email address listed below and consent to receive bankruptcy-related notices and orders issued by the United States Bankruptcy Court for the Eastern District of New York at this email address, in accordance with the Court's applicable procedures.

**Email Address (print clearly):**

WOODIESPOON @AOL-COM

By signing this form, I acknowledge and agree to the following:

1. **Electronic Delivery.** I agree to receive Court-issued notices and orders relating to my bankruptcy case at the email address provided above. I understand I will not receive Court issued notices by U.S. mail. Notices from other parties, such as creditors, may be delivered to me by U.S. mail or other method.

2. **Changes to Email Address.** I will promptly notify the Court if my email address changes.

3. **Receipt of Communications.** I understand that I should check my inbox, spam, junk, and other filtered email folders for Court communications. I will promptly address any issues that prevent me from receiving email at the designated address.

4. **Debtor Electronic Bankruptcy Noticing (DeBN) Program.** Once the Bankruptcy Noticing Center (BNC) system is restored, I will continue to receive Court issued bankruptcy notices electronically through the DeBN in accordance with the program's requirements and applicable Court procedures. For more information about the DeBN Program, please visit: https://www.nyeb.uscourts.gov/debtor-electronic-bankruptcy-noticing-debn

**Debtor Acknowledgment and Signature**

I have read and understand this form. I consent to the electronic delivery of Court notices described above.

Debtor's Signature: [signature]

Date: 10/21/26

**Joint Debtors who request enrollment must file a separate form.**